No. 69608.—The Rembar Co., Inc. *v.* United States, protests 65/1313, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.